**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
RAMON FONTANEZ, individually, and on
behalf of all others similarly situated,

                            Plaintiff,

       -against-                                    22 **CIVIL** 5537 (MKV)

                                                      **JUDGMENT**

VALLEY LAHVOSH BAING COMPANY,
INCORPORATED,

                            Defendant.
-------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated August 22, 2023, Defendant's motion to dismiss is GRANTED with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

      August 23, 2023

                                                              **RUBY J. KRAJICK**
                                                                Clerk of Court

                                        **BY:**

                                                                **Deputy Clerk**